UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X

Trustees of the United Teamster Fund,

                         Plaintiff,         CV-07-4456(CPS)(RML)

     - against -             ORDER

Ronnie's Truck Service, Inc.,

                        Defendant.

------------------------------------------X

        No objections to the Report and Recommendation of Magistrate Judge Levy dated June 19, 2008, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by July 23, 2008, a revised proposed judgment consistent with Magistrate Judge Levy's Report and Recommendation.

        The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

        SO ORDERED.

Dated :    Brooklyn, New York
            July 10, 2008

                                     s/Hon. Charles P. Sifton
                                     United States District Judge